## United States District Court
## Violation Notice

CVB Location Code

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **7837626** | KEFER | 316 |

7837626

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged   □ CFR   □ USC   □ State Code |
|---|---|
| 4-7-19    0700 | MTA 21-901.1(a) |

Place of Offense
MB BW PARKWAY N/O    POWDERMILL ROAD

Offense Description: Factual Basis for Charge                    HAZMAT □
RECKLESS DRIVING

### DEFENDANT INFORMATION

Last Name
FERGUSON    JR.    ROBERT    BALLARD

Street Address

| Tag No. | State | Year | Make/Model | PASS □ | COM □ |
|---|---|---|---|---|---|
| 2DT 357 | MD | 10 | HOND | | BLK |

| A | ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B | □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|---|---|

$ _____    Forfeiture Amount

+ $30    Processing Fee

**PAY THIS AMOUNT →**    $ _____    **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) TBD |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 06/18/2019 12:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

- my personal observation    my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/18/2019 12:57